## KIRKPATRICK V. THE STATE.
(Decided June 16, 1911.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS. W. COLEMAN.

NIEL P. STERNE, for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

ANDERSON, J.—Affirmed.

SIMPSON, MCCLELLAN and MAYFIELD, JJ., concur.

---

## LIGE V. THE STATE.
(Decided June 6, 1911.)

APPEAL from Gadsden City Court.

Heard before Hon. JAMES A. BILBRO.

No counsel marked for appellant. ROBERT C. BRICKELL, Attorney General, for the State.

SAYRE, J.—Affirmed, all the justices concurring.

---

## McCORMACK & CO. V. KINNEY.
(Decided June 29, 1911.)

APPEAL from Cullman Circuit Court.

Heard before Hon. D. W. SPEAKE.

GASTON & PETTUS, for appellant. J. B. BROWN, for appellee.

SAYRE, J.—Reversed and remanded on the authority of *Oliver v. Kinney, infra;* 56 South. 203.

SIMPSON, ANDERSON and SOMERVILLE, JJ., concur.

---

## MARTIN V. CHATTAHOOCHEE VALLEY RAILROAD CO.
(Decided Nov. 22, 1910. Rehearing denied Feb. 1, 1911.)

APPEAL from Lee Law and Equity Court.

Heard before Hon. A. E. BARNETT.

BARNES & DENSON, for appellant. N. D. DENSON, for appellee.

Per curiam. Settled and appeal dismissed.